UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cr-00341-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. WALTER JOHNSON,**

    Defendant.

---

ORDER TO SHOW CAUSE

---

Kane, J.

Upon Defendant's showing of good cause for his failure to file his pretrial motions on or before the pretrial motions deadline of July 22, 2010, these motions (Doc. 14, 15, 16, 17, 18, 19, 20, 21, and 22) will be accepted as filed.


DATED: July 28, 2010                      **/s/John L. Kane**
                                                        Senior U.S. District Court Judge