UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cr-00341-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. WALTER JOHNSON,**

    Defendant.

---

## AMENDED ORDER

---

Kane, J.

Upon Defendant's showing of good cause for his failure to file his pretrial motions on or before the pretrial motions deadline of July 22, 2010, these motions (Doc. 14, 15, 16, 17, 18, 19, 20, 21, and 22) will be accepted as filed. The deadline for responses is extended to August 11, 2010. The Order to Show Cause is discharged.


DATED: July 29, 2010                                **/s/John L. Kane**
                                                          Senior U.S. District Court Judge