IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-341-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    WALTER JOHNSON,**

       Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

    This matter is set for **Motions Hearing** on **September 15, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 9, 2010