IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                           Senior Judge John L. Kane

Date:  September 15, 2010                    Deputy Clerk: Bernique Abiakam
                                             Court Reporter: Terri Lindblom

Civil Action No.: 10-cr-00341-JLK

UNITED STATES OF AMERICA,                    David M. Conner

       Plaintiff,

v.

WALTER JOHNSON,                              Harvey A. Steinberg

       Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**10:10 a.m.    Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.  Also present, David Gallegos, ATF

Discussion regarding pending motions.

**It is ORDERED that the following Motions are DENIED as MOOT:**

   **Motion For Disclosure Pursuant To Rules 404(b) And 609, Federal Rules Of Evidence (Filed 7/26/10; Doc. No. 14)**; and,

   **Motion To Disclose And Produce *Brady* (Exculpatory) Material (Filed 7/26/10; Doc. No. 15)**; and,

   **Motion For Preservation Of Tapes And Notes (Filed 7/26/10; Doc. No. 16)**; and,

   **Motion To Suppress Statements (Filed 7/26/10; Doc. No. 17)**; and,

   **Motion To Disclose Identity Of Informants (With Authority) [Filed 7/26/10; Doc. No. 18]**; and,

   **Motion To Compel Disclosure Of Existence And Substance Of Promises Of Immunity, Leniency Or Preferential Treatment (Filed 7/26/10; Doc. No. 19)**; and,

      **Request For Notice Of Government's Intent To Use Evidence (filed 7/26/10; Doc. 20)**; and,

      **Request For Notice Of Intent To Call Expert Witnesses And Discovery Pursuant To Rule 16(a)(1)(D) and (E), Fed.R.Crim.P. (Filed 7/26/10; Doc. No.21)**; and,

      **Request For Notice By Government Of Intent To Introduce Evidence Pursuant To Rule 807, F.R.E. (Filed 7/26/10; Doc. No. 22)**.

Discussion regarding notice of disposition.

Comments by the court.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:14 a.m.    Court in recess.**
Hearing concluded.
Time in court - 4 minutes.